## IN THE MATTER OF HENRY HUDSON

JOURNAL ENTRIES (1817): *Journal 2:* (1) Petitioner discharged, recognizance *p. 548.

PAPERS IN FILE: (1) Writ of habeas corpus and return; (2) draft of recognizance.